FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 1 3 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>AARON JOHN SASSER | Criminal Information<br>No. 1:26-CR-00352 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Introduction**

At all times material to this Information:

1. PrizePicks was a company with its headquarters in Atlanta, Georgia.

2. Victim 1, Victim 2, Victim 3, Victim 4, Victim 5, Victim 6, and Victim 7 were officers and/or employees of PrizePicks.

**Count One**
**(Interstate Transmission of Threats (18 U.S.C. § 875(c)))**

3. The United States Attorney re-alleges and incorporates by reference the factual allegations in paragraphs 1 and 2 of this Information as if fully set forth herein.

4. On or about April 3, 2026, in the Northern District of Georgia and elsewhere, the defendant, AARON JOHN SASSER, consciously disregarding a substantial risk that his communications would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained a threat to injure the person of another; specifically, the defendant, AARON JOHN SASSER, transmitted the following messages through PrizePicks's online customer support messaging feature:

- "Hey there [Victim 1]. You better leave town because I'm driving down to Atlanta to blow up the PrizePicks headquarters and then I'll head to your house, tie you up and rape your wife in front of you. Then, I'll dismember the both of you before heading off to [Victim 2's] place. I'm gonna have fun tying up [Victim 2's] Zionist wife. Before that though, I'm gonna cut [Victim 2's] eyelids off. So he's forced to watch. Then I'm gonna blow his fucking body up in the name of Palestine because he's a Zionist piece of shit and every last one of them are going to die. Dont worry, I didn't forget about you either [Victim 3]. I'm not gonna rape your wife.....I'm gonna rape you. See yall at 3423 real soon";
- "I'm currently on the way to Atlanta to kill every PrizePicks team member";
- "Got my AR fully loaded & and extra two mags";
- "I've got [Victim 1] engraved on one of the bullet casings";
- "And I'll make sure I find out which one is [Victim 4] & blow a fucking massive hole in their dome for last night.";
- "Wonder if you'll get the point before everyone is dead, [Victim 1]";
- "Hey [Victim 5], let everyone in the office know they'll be dead before noon.";
- "Don't worry [Victim 6], I'll find you there at the office, too. Thanks for joining the conversation. You'll be joining the deceased, with [Victim 1].";
- "I wonder if banning the account that I already can't withdrawal the funds from will stop me from killing you and [Victim 1] bc if I don't, I might still not be able to withdrawal the funds from my account 😂 yore a stupid ass bitch, and soon you'll be a dead one, [Victim 6]";

- "3423 Piedmont Road Northeast, Atlanta, Georgia, USA TELL [Victim 1] IM ON THE WAY TO FUCK HIS BITCH AND BLOW HIS HEAD OFF UNLESS MY $50 GETS RETURNED TO MY BANK ACCOUNT BEFORE 8AM TODAY";
- "if you think banning my account will make me happier and less likely to kill everyone at the price picks office in Atlanta, by all means. TRY IT.";
- "Hi. My name is Aaron Sasser. I live in Finksburg, Maryland. And if my $50 doesn't end up back in my bank account before 5pm today, I'm going to drive down to Atlanta, Georgia and kill everyone in the PrizePicks office at3423 Piedmont Road Northeast, Atlanta, Georgia, USA. And then I'm going to kill [Victim 1], [Victim 2], and [Victim 3]. All because your shady ass company decided they wanted to run me through hoops and play games with me over $50. See yall Monday morning. Bring body bags.";
- "I look forward to killing that Zionist the most";
- "I've worked on this enough. Every new employee that comes to the chat is getting added to the kill list. [Victim 4], [Victim 6], and now [Victim 7] will all be dead bodies bleeding out on the floor soon. Should have picked a better company to work for, or pick a new one before Monday morning."
- "You have my email address you dumb bitch! Thanks for confirming that you should die to. Braindead ass dead bitch,";
- "SEE YOU SOON [Victim 1]"; and

- "Imagine like 30 people die at an office building in Atlanta because a billionaire wouldn't give someone their five $10 bills back. The media is going to absolutely LOVE a second round of working class vs billionaire. I can see the news headlines now
  'FIFTY DOLLARS. THATS WHAT A BILLIONAIRES LIFE IS WORTH TO THE WORKING CLASS.'
  [Victim 1], [Victim 2], [Victim 3].
  I'm going to kill all three of you."

All in violation of Title 18, United States Code, Section 875(c).

THEODORE S. HERTZBERG
*United States Attorney*

BENJAMIN WYLLY
*Assistant United States Attorney*
Georgia Bar No. 428486

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181